IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,					No. CIV S-04-0903-RRB-CMK-P

      Plaintiff,

   vs.						ORDER

ANDREASEN, et al.,

      Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On November 3, 2005, the court issued an order determining that this action was appropriate for service on defendants Andreasen, Bick, Sawkar, Enriquez, Sullwold, Gutierrez, and Grannis.  That order directed plaintiff to submit certain completed forms and documents for service by the U.S. Marshal.  Among documents plaintiff was required to submit is the completed summons.  On November 29, 2005, plaintiff submitted all the required documents except the completed summons.  According to plaintiff, the Clerk of the Court never forwarded a blank summons with the November 3, 2005, order.  The Clerk will be directed to forward a blank summons form and plaintiff will be provided additional time to submit the completed form.  Thereafter, the court will direct service by the U.S. Marshal.

1

1  Because this action cannot proceed until the court receives the completed
2  summons, plaintiff is cautioned that failure to comply with this order may result in dismissal of
3  this action for lack of prosecution and failure to comply with court orders and rules. See Local
4  Rule 11-110.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The Clerk of the Court is directed to forward to plaintiff one blank
7  summons form; and
8  2. Within 30 days of the date of this order, plaintiff shall submit the
9  completed summons.

DATED: December 4, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE