IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,

    Plaintiff,                            No. CIV S-04-0903 RRB CMK P

    vs.

ANDREASEN, et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         On September 27, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Sullwold and Sawker was returned unserved because "per CDC locator - no info. need more identifiers." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect

1

1 service may result in the dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).

2          Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
3 additional information sufficient to effect service on any unserved defendants and notify the
4 court once such information is ascertained.

6 DATED:  November 8, 2006.

                                                                 /s/ Craig M. Kellison
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE