IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,                     No. CIV S-04-0903-RRB-CMK-P

      Plaintiff,

  vs.                                  <u>ORDER</u>

ANDREASEN, et al.,

      Defendants.

_____ /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2006, defendant Klingman filed a motion to dismiss (Doc. 32). Defendant Klingman noticed his motion to be heard before the undersigned on January 16, 2007. Pursuant to Eastern District of California Local Rules, however, motions in cases, such as this, where one party is incarcerated and proceeding pro se are submitted on the record without oral argument. <u>See</u> Local Rule 78-230(m). Therefore, the January 16, 2007, hearing is vacated.

        IT IS SO ORDERED.

DATED: December 6, 2006.

                                                  _____
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

1