IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

  On September 27, 2006, the court ordered the United States Marshal to serve the complaint on defendants Sawker, Andreasen, Bick, Gutierrez, Sullwold, Enriquez, Grannis, and Klingman. Process directed to defendants Sullwold, Sawker, and, most recently, Gutierrez was returned unserved.[1] As to defendants Sullwold and Sawker, the United States Marshal has

---

[1] Process directed to defendants Andreasen, Enriquez, and Klingman has been returned as executed. Defendant Klingman has appeared in the action by way of a motion to dismiss. Defendants Andreasen, Enriquez, and Klingman have not as yet appeared. The United States Marshal has not yet informed the court regarding the status of service on defendants Bick and Grannis.

1

1 indicated that more identifiers are needed to locate these defendant.  As to defendant Gutierrez,
2 the United States Marshal indicates that this defendant is no longer employed as California State
3 Prison – Solano.    Plaintiff must provide additional information to serve these defendants.
4 Plaintiff shall promptly seek such information through discovery, the California Public Records
5 Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the
6 required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.
7 Once additional information sufficient to effect service is obtained, plaintiff shall notify the court
8 whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.
9 Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved
10 defendants.  See Fed. R. Civ. P. 4(m).

11        Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
12 additional information sufficient to effect service on any unserved defendants and notify the
13 court once such information is ascertained.

15 DATED:  January 3, 2007.

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE