IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 45), filed on January 10, 2007.  Defendant Klingman has filed an opposition to the request.

    Plaintiff seeks an extension of time to March 6, 2007, to file an opposition to defendant Klingman's motion to dismiss.  Good cause appearing therefor, the request will be granted.  As to defendant Klingman's opposition, he argues that the requested extension should not be granted because it would delay resolution of his motion to dismiss and, if it is not granted, prejudice him with respect to completing discovery and trial preparation pursuant to the dates set out in the court's January 10, 2007, scheduling order.  Defendant Klingman is advised, however, that, if his motion to dismiss is not granted, the court will entertain requests for modification of

1

the scheduling order to allow him sufficient time to conduct discovery and prepare for trial. Therefore, there will be no prejudice to defendant Klingman in granting plaintiff's motion for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and
2. Plaintiff may file an opposition to defendant Klingman's motion to dismiss by March 6, 2007.

DATED: January 18, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE