IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,                           No. CIV S-04-0903-RRB-CMK-P

    Plaintiff,

  vs.                                   ORDER

ANDREASEN, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the parties' joint motion for modification of the scheduling order. Specifically, the parties agree that discovery should be re-opened. Good cause appearing therefor, the request is granted. Discovery shall be reopened and may continue until August 31, 2007. By separate order issued after this cut-off date, the court will require the parties to report on the status of the case. In the meantime, the deadlines for pre-trial statements and the trial date are vacated.

       IT IS SO ORDERED.

DATED: June 27, 2007.

                                                     CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE