1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MANUEL AYALA,

12                    Plaintiff,              No. CIV S-04-0903 RRB CMK P

13          vs.

14    ANDREASEN, et al.,

15                    Defendants.             <u>ORDER</u>

16    _____/

17          Plaintiff has requested the appointment of counsel.  The United States Supreme

18    Court has ruled that district courts lack authority to require counsel to represent indigent

19    prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

20    certain exceptional circumstances, the court may request the voluntary assistance of counsel

21    pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

22    <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

23    does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

24    counsel will therefore be denied.

25    /////

26    /////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel is denied.

DATED:   July 23, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE