IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,                               No. CIV S-04-0903-RRB-CMK-P

       Plaintiff,

   vs.                                                     <u>ORDER</u>

ANDREASEN, et al.,

       Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for leave to take the oral depositions of defendants.

        In light of the logistical problems inherent in the taking of a deposition within a prison, and pursuant to its authority to order such terms as will provide for the safe and expeditious taking of depositions, this court denies plaintiff's request but grants plaintiff leave to proceed with the depositions by written questions.  If plaintiff chooses to proceed in this manner he may submit a list of questions for defendants to this court, with copies served on defendants, within 30 days from the date of this order.  Within 14 days of the date of service of plaintiff's questions, defendants may file and serve objections to any questions and submit questions of their own.  Within 14 days of the date of service of any questions by defendants, plaintiff may

1

file and serve his objections to defendants' proposed questions.  Upon the submission of all questions and objections thereto, the court will issue a further order ruling on the objections and forwarding all permissible questions to defendants, who will be directed to respond.

Because discovery in this matter closed on August 31, 2007, this order approves continuation of discovery <u>only for the written deposition process described above</u>.  No other discovery is authorized by this order.  Finally, plaintiff is cautioned that failure to submit proposed questions within the time permitted herein will constitute a waiver of his ability to take defendants' deposition by written questions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to take defendants' oral depositions is denied;

2. Plaintiff is granted leave to take defendants' depositions by written questions;

3. Within 30 days of the date of this order, plaintiff shall file and serve proposed deposition questions;

4. Within 14 days of the date of service of plaintiff's proposed questions, defendants may file and serve objections and questions of their own;

5. Within 14 days of the date of service of any objections and proposed questions by defendants, plaintiff may file and serve his objections;

6. Following submission of all questions and objections, the court will issue a further order ruling on objections and forwarding permissible questions to defendants; and

7. Other than the written depositions allowed by this order, discovery is now closed.

DATED: September 27, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2