IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| ANDREASEN, et al., | |
| Defendants. | |
| _____ / | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

   This action proceeds against the following eight defendants: Bick, Enriquez, Grannis, Andreasen, Klingman, Sullwold, Sawker, and Gutierrez. Defendants Bick, Enriquez, Grannis, Andreasen, and Klingman have appeared. On May 10, 2007, the court recommended dismissal of the action as against defendant Klingman. Defendants Sullwold, Sawker, and Gutierrez, however, have not been served. As to defendants Sullwold and Sawker, the United Sates Marshal has indicated that more identifiers are needed to locate these individuals. As to defendant Gutierrez, the United States Marshal has indicated that this defendant is no longer employed at California State Prison – Solano.

1   On January 3, 2007, the court issued an order directing plaintiff to provide
2   additional identifying information for these three defendants in order to allow the United States
3   Marshal to effect service of process.  Plaintiff was advised of the various means at his disposal
4   for seeking such additional information and was cautioned that failure to provide information
5   sufficient to serve these defendants could result in an order dismissing them under Federal Rule
6   of Civil Procedure 4(m), which requires timely service of process.  To date, plaintiff has not
7   provided any additional information.  Therefore, dismissal of defendants Sullwold, Sawker and
8   Gutierrez appears to be appropriate.
9   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in
10  writing, within 30 days of the date of this order, why defendants Sullwold, Sawker, and Gutierrez
11  should not be dismissed pursuant to Rule 4(m).

DATED: October 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE