IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,

    Plaintiff,

vs.

ANDREASEN, et al.,

    Defendants.

No. 2:04-CV-00903-RRB-CMK P

**ORDER**

Plaintiff Manuel Ayala ("Plaintiff"), a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to the applicable Local Rules of the Eastern District of California.

On May 10, 2007, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 54) herein, which were served on the parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Plaintiff has filed Objections to the Magistrate's Findings and Recommendations at Docket 57.

ORDER RE MOTION TO DISMISS - 1
2:04-CV-00903-RRB-KJM P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the court finds the Magistrate's Findings and Recommendations (Docket 54) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket 54) filed on May 10, 2007, are adopted in full;

2. Defendant Klingman's Motion to Dismiss at **Docket 32** is **GRANTED**; and

3. This action is **DISMISSED** as against Defendant Klingman only.

ENTERED this 28th day of November, 2007.

                                                S/RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT JUDGE