IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request for an extension of time (Doc. 77) to respond to plaintiff's proposed written deposition questions. On September 28, 2007, the court granted plaintiff leave to take depositions by written questions. The court specified that, following submission of plaintiff's proposed questions, defendants could file objections within 14 days. Plaintiff submitted proposed written deposition questions for defendants Bick, Andreasen, and Enriquez on October 30, 2007. Defendants now seek until December 21, 2007, to file their objections. Good cause appearing therefor, the request will be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (Doc. 77) is granted;

2. Defendants may file and serve objections and questions of their own by December 21, 2007,

3. Within 14 days of the date of service of any objections and proposed questions by defendants, plaintiff may file and serve his objections;

4. Following submission of all questions and objections, the court will issue a further order ruling on objections and forwarding permissible questions to defendants; and

5. Other than the written depositions allowed by this order, discovery remains closed.

DATED: November 30, 2007

                                          /s/ Craig M. Kellison  
                                        **CRAIG M. KELLISON**  
                                        UNITED STATES MAGISTRATE JUDGE