IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       This action proceeds against the following eight defendants:  Bick, Enriquez, Grannis, Andreasen, Klingman, Sullwold, Sawker, and Gutierrez.  Defendants Bick, Enriquez, Grannis, Andreasen, and Klingman have appeared.[1]  Defendants Sullwold, Sawker, and Gutierrez, however, have not been served.  As to defendants Sullwold and Sawker, the United Sates Marshal has indicated that more identifiers are needed to locate these individuals.  As to defendant Gutierrez, the United States Marshal has indicated that this defendant is no longer

---

[1] Defendant Klingman was dismissed from the action by order issued on November 29, 2007.

employed at California State Prison – Solano.

On January 3, 2007, the court issued an order directing plaintiff to provide additional identifying information for these three defendants in order to allow the United States Marshal to effect service of process. Plaintiff was advised of the various means at his disposal for seeking such additional information and was cautioned that failure to provide information sufficient to serve these defendants could result in an order dismissing them under Federal Rule of Civil Procedure 4(m), which requires timely service of process. To date, plaintiff has not provided any additional information. On October 1, 2007, the court directed plaintiff to show cause why defendants Sullwold, Sawker, and Gutierrez should not be dismissed pursuant to Rule 4(m) for failure to effect timely service.

Plaintiff filed a response to the order to show cause on November 6, 2007. As to plaintiff's attempts to obtain additional information regarding unserved defendants, he states that he sent formal written requests to state officials on December 27, 2006, and again on January 10, 2007. The Division of Adult Operations at the California Medical Facility responded to plaintiff's request on February 7, 2007. Plaintiff's request was denied pursuant to California Government Code § 6254(c), which protects the personnel and medical records of state employees. The medical Board of California responded on February 16, 2007, that its licensing records did not identify any "Dr. Sawker." Plaintiff has not provided additional information necessary to effect service on the three unserved defendants.[2]

Based on the foregoing, the undersigned recommends that defendants Sullwold, Sawker, and Gutierrez be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect timely service.

/ / /

/ / /

---

[2] It does not appear that plaintiff has availed himself of the discovery process in order to ascertain additional information.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 18, 2007

　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE