IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,  No. CIV S-04-0903-RRB-CMK-P

    Plaintiff,

  vs.  ORDER

ANDREASEN, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2007, the court granted plaintiff leave to propound written deposition questions pursuant to Federal Rule of Civil Procedure 31. The court directed plaintiff to serve and file proposed questions. Defendant was then provided an opportunity to file objections.

       Plaintiff has filed and served proposed written deposition questions to defendants Bick, Andreasen, and Enriquez (Docs. 72, 73, and 74). Defendant Andreasen filed and served responses and objections on December 21, 2007 (Docs. 84 and 85). Defendant Enriquez filed and served responses and objections to plaintiff's question nos. 7 through 11 only on December 21, 2007 (Doc. 86). Defendant Enriquez has not filed objections to any other questions.

1  Defendant Bick has not filed any objections whatsoever.

2  Plaintiff propounds 30 questions to defendant Andreasen. Defendant Andreasen has responded, without objections, to plaintiff's question nos. 1, 2, 7, 8, 9, 10, 11, 12, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 29. As to all other questions, defendant Andreasen raised various objections, but nonetheless responded without waiving such objections. Because all questions have been answered, the court need not make any further orders with respect to depositions questions to Andreasen.

Plaintiff propounds 15 questions to defendant Enriquez who has only filed responses with respect to question nos. 7, 8, 9, 10, and 11. Defendant Enriquez has not filed objections to any of plaintiff's questions. Therefore, objections are waived. Defendant will be required to serve answers to plaintiff's remaining questions, without objection.

Plaintiff propounds 30 questions to defendant Bick, who has not filed responses or objections to any question. Therefore, objections are waived and defendant Bick will be required to serve answers to all of plaintiff's questions, without objection.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall forward to counsel for defendants copies of plaintiff's written deposition questions (Docs. 72, 73, and 74); and

2. Within 30 days of the date of this order, defendants shall serve plaintiff with responses consistent with this order.

DATED: January 11, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE