IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA,           No. CIV S-04-0903-RRB-CMK-P

    Plaintiff,

  vs.           ORDER

ANDREASEN, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On January 14, 2008, the court ordered defendants Enriquez and Bick to serve responses to plaintiff's written deposition questions.  A further review of the docket reflects that defendants already served such responses on November 29, 2007 (see attachments to Doc. 77).  Therefore, the court finds that defendants have complied with the court's January 14, 2008, order.  No further responses need be served on plaintiff and the matter of written deposition questions is resolved.

    IT IS SO ORDERED.

DATED: January 16, 2008

                                                                                          **CRAIG M. KELLISON**
                                                                                          UNITED STATES MAGISTRATE JUDGE