IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

   The parties have submitted reports on the status of this case and readiness for trial. In their report, defendants indicate their intention to file a dispositive motion and that this case is not ready for trial. Plaintiff also states this matter is not ready for trial. Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a further schedule for this litigation.

   1. Discovery is closed and shall not be re-opened;

   2. All dispositive motions shall be filed within 45 days of the date of this order;

/ / /

1

3. Unless otherwise ordered, all motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a waiver of opposition to the motion; and

4. At a later stage in the proceedings, the court will issue a final scheduling order if necessary.

IT IS SO ORDERED.

DATED: March 31, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE