**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MANUEL AYALA,                                                No. CIV S-04-0903-RRB-CMK-P

        Plaintiff,

     vs.                                                          ORDER

ANDREASEN, et al.,

        Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is defendants' motion for an extension of time (Doc. 104) to May 22, 2008, to file a dispositive motion.  Good cause appearing therefor, the request is granted.  The parties may file dispositive motions by May 22, 2008.

       IT IS SO ORDERED.

DATED:  May 16, 2008

                                     _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE