IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL AYALA, | | No. CIV S-04-0903-RRB-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| ANDREASEN, et al., | | |
| | Defendants. | |
| _____/ | | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 107) to file a response to defendants' motion for summary judgment.  In his motion, plaintiff seeks a 60-day extension of time to August 22, 2008, due to limited law library access. A review of the record and defendants' motion reveals that the legal issues in this case are not complex.  Whether summary judgment is appropriate in this case will be based on the facts and not any complex legal argument.  Therefore, the court finds that an extension of time to allow plaintiff further library access is not warranted.  Any facts which plaintiff can point to in order to defeat summary judgment are already known to him through discovery or other sources and will not be revealed through additional time in the law library.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (Doc. 107) is denied.

DATED: July 14, 2008

                                          /s/ Craig M. Kellison
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

2