# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CIV S-04-0903-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREASEN, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 19, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

PDF created with pdfFactory trial version www.pdffactory.com

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2007, are adopted in full;

2. Defendants Sullwold, Sawker, and Gutierrez are dismissed as defendants to this action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

DATED: August 21, 2008

                                          /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com